KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| THOMAS CHAS DE GOWIN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | No. 2:14-cv-02463-KJM-DAD<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Opening Brief.

Counsel for the Plaintiff was hospitalized for an illness and needs additional time to draft this Opening Brief. Plaintiff requests a 30-day extension of time to finish the brief per the scheduling order to April 7th 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1   MOTION
         [2:14-CV-02463-KJM-DAD]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063

Dated March 13, 2015: /s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063

Attorney for Plaintiff

Dated March 13, 2015: s/ KELSEY M. BROWN for Shea Bond
SHEA BOND
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: March 16, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
degowin2463.stip.eot.ord.doc

Page 2    MOTION
         [2:14-CV-02463-KJM-DAD]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063