UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CHAS DE GOWIN, | No. 2:14-cv-2463 KJM DAD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

On March 16, 2015, the court approved the parties' stipulation for an extension of time and granted plaintiff an additional thirty days to file his opening brief. (Dkt. No. 16.) The thirty day period has expired and plaintiff has not yet filed an opening brief.

Accordingly, IT IS ORDERED that plaintiff shall show good cause in writing, within fourteen days after this order is filed, for failing to file a timely opening brief.

Dated: August 17, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/degowin2463.pmsj.osc.docx

1