UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DEGOWIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No.  2:14-cv-2463 KJM DB<br><br><br>ORDER |

　　　　　This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(15).

　　　　　On July 8, 2016, defendant filed a request for a 30-day extension of time, "until August 17, 2016," to file a response to plaintiff's motion for attorney's fees.  (Dkt. No. 28.)  On July 18, 2016, defendant's request was granted.  (Dkt. No. 29.)  Defendant's time to file a response to plaintiff' motion, however, has passed and defendant has failed to file a response.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order defendant shall show cause in writing as to why defendant should not be sanctioned for failing to file a timely response to plaintiff's motion.

Dated: September 2, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.soc sec\degowin2463.osc.ord